# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No. 20-cr-115-1 |
| : | |
| **ASHIQ ASHFORD** : | |
| : | |

## ORDER

**AND NOW**, this 19th day of April, 2024, upon consideration of Defendant's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 258), the Government's Response in Opposition (Doc. No. 264), Defendant's Reply (Doc. No. 270), and all related submissions, it is hereby **ORDERED** that:

1. Defendant's Motion (Doc. No. 258) is **DENIED**;

2. A certificate of appealability shall **NOT ISSUE;** and

3. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.